**ATLAS LIFE INS. CO. v. RUSO DRILLING CO.**

No. 1732.

Circuit Court of Appeals, Tenth Circuit.

May 1, 1939.

Rehearing Denied June 27, 1939.

Logan Stephenson and E. J. Lundy, both of Tulsa, Okl. (Rogers, Stephenson & Dickason and Poe, Lundy & Morgan, all of Tulsa, Okl., on the brief), for appellant.

A. F. Moss, of Tulsa, Okl. (H. R. Young, of Tulsa, Okl., on the brief), for appellee.

Before PHILLIPS, BRATTON, and WILLIAMS, Circuit Judges.

BRATTON, Circuit Judge.

This was a suit having for its purpose the cancellation of two policies of insurance in the amounts of $15,000 and $10,-000, respectively, issued by Atlas Life Insurance Company, on a single application, insuring the life of Wheaton I. Southern, and payable to Ruso Drilling Company, as beneficiary. The trial court dismissed the bill, and the insurance company appealed.

The questions presented for determination are identical with those in Atlas Life Ins. Co. v. Southern, 105 F.2d 668, decided this day. For the reasons there stated, the decree is affirmed.

On Petition for Rehearing.

Rehearing denied. See Atlas Life Ins. Co. v. W. I. Southern, Inc., 105 F.2d 668.